UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Lori Morrow, | : | Civil No.: 2:24-cv-13204 |
| | : | |
| Plaintiff, | : | Honorable Elizabeth A. Stafford |
| | : | United States Magistrate Judge |
| v. | : | |
| | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

# **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

Dated: March 24, 2025                              s/Elizabeth A. Stafford
                                                               Honorable Elizabeth A. Stafford
                                                               United States Magistrate Judge